FILED09 SEP '26 15:44USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **3:26-cr-00342-IM** |
| **v.** | **INDICTMENT** |
| **DAVID ERNEST RABINO,** | **18 U.S.C. § 933(a)(3)** |
| | **Forfeiture Allegation** |
| **Defendant.** | |

**THE GRAND JURY CHARGES:**

**COUNT 1**
**(Trafficking in Firearms)**
**(18 U.S.C. § 933(a)(3))**

On or about March 28, 2026, in the District of Oregon, defendant **DAVID ERNEST RABINO**, did attempt to receive from another person a firearm in or otherwise affecting interstate or foreign commerce, including but not limited to a Smith & Wesson 9mm handgun, knowing or having reasonable cause to believe that such receipt would constitute a felony,

In violation of Title 18, United States Code, Section 933(a)(3).

///

///

**FORFEITURE ALLEGATION**

Upon conviction of one or more of the offenses alleged in Count 1 of this Indictment, defendant **DAVID ERNEST RABINO** shall forfeit to the United States pursuant to 18 U.S.C. § 934(a)(1)(A), any property constituting, or derived from, any proceeds the person obtained, directly or indirectly, as the result of such violation; and any of the person's property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation; and pursuant to 18 U.S.C. § 934(a)(1)(B) and 18 U.S.C. § 924(d), any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation, including any firearm or ammunition.

Dated: September 9, 2026.

A TRUE BILL.

[redacted]

OFFICIATING FOREPERSON

Presented by:

SCOTT E. BRADFORD
United States Attorney

JAMES A. KILCUP, OSB #173891
Assistant United States Attorney